Rose T. O'Flaherty, Respondent, *v.* Nassau Electric Railroad Company, Appellant.

*O'Flaherty* v. *Nassau Electric R. R. Co.*, 34 App. Div. 74, affirmed.
(Argued December 4, 1900; decided December 18, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John L. Wells* for appellant.

*James MacGregor Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Bartlett, Martin, Vann and Werner, JJ. Not sitting: Cullen, J.

---

Stephen A. West, Appellant, *v.* Alexander S. Bacon, Respondent.

(Submitted December 10, 1900; decided December 18, 1900.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 425.)